Richard W. SEILS and Lois Vreeland, Individually and on Behalf of All Other Persons Similarly Situated, Plaintiffs–Appellants,

v.

ROCHESTER CITY SCHOOL DISTRICT; Rochester City School District Board of Education; Members of the Board of Education; Dr. Clifford B. Janey, Individually and as Superintendent of Schools; Augustin Melendez, Individually and as Supervising Director of Human Resources; Maurice Bell, Individually and as Director of Secondary and Middle Schools; Bert Alexander, Individually and as Principal of Frederick Douglass Middle School; Iris Banister, Individually and as House Administrator, Freder-

* The Honorable J. Garvan Murtha, of the United States District Court for the District of Vermont, sitting by designation.

ick Douglass Middle School; Jeannette Madalena, Individually and as House Administrator, Frederick Douglass Middle School; Rochester Teachers Association; Clark Powell, Individually and as Principal of Benjamin Franklin High School; Yusef Sharif, Individually and as Para Professional at Benjamin Franklin High School; Musette Castle, Individually and as Former Principal of Benjamin Franklin High School; Hariette Alexander, Individually and as Administrator at Benjamin Franklin High School; Debbie Rider, Individually and as Administrator at Benjamin Franklin High School; Gloria Nowlin, Individually and as Former Principal of Benjamin Franklin High School; Wendell Morgan, Individually and as Administrator, Benjamin Franklin High School; George Green, Individually and as Former Administrator, Benjamin Franklin High School; Derrick Banks, Individually and as Administrator, Central Office Placement; and Barbara Postell, Individually and as Counselor, Benjamin Franklin High School Defendants–Appellees.

No. 02–7222.

United States Court of Appeals, Second Circuit.

June 9, 2004.

Emmelyn Logan–Baldwin, Rochester, NY, for Appellant.

Carol E. Heckman, Harter, Secrest & Emery, LLP, Rochester, NY, for Rochester City School District Appellees.

James D. Bilik, Latham, N.Y. (James R. Sandner, on the brief), for Rochester Teachers Association Appellees.

PRESENT: Hon. RALPH K. WINTER, Hon. DENNIS JACOBS, Circuit Judges, and Hon. MILTON POLLACK, District Judge.

*SUMMARY ORDER*

This is an appeal from two orders of the United States District Court for the Western District of New York (Larimer, *J.*), granting summary judgment in favor of the defendants and dismissing the action in its entirety. Richard Seils and Lois Vreeland, teachers in the Rochester City School District, have brought a variety of discrimination-type claims against the Rochester City School District, the Rochester Teachers Association, and numerous officers and employees of those entities. Familiarity is assumed as to the facts, the procedural context, and the specification of appellate issues.

The district court dismissed Vreeland's race discrimination claim on the ground that it was time-barred. *See Seils v. Rochester City Sch. Dist., et al.,* 192 F.Supp.2d 100, 112–13 (W.D.N.Y.2002). We affirm for the same reason.

As to the remaining claims, the district court dismissed on the merits. We affirm for substantially the same reasons stated in the district court's opinion.

Plaintiffs argue for the first time on appeal that they were denied the right to non-conflicting representation and that this Court should direct non-conflicting representation of the defendants. This argument is incomprehensible and was in any event waived because it was not raised

below. *See Mycak v. Honeywell, Inc.,* 953 F.2d 798, 803 (2d Cir.1992).

This appeal is frivolous and it appears that this action has been frivolous from beginning to end. Accordingly, our mandate does not preclude imposition of Rule 11 sanctions, including attorneys' fees, in the district court upon motion by any defendant or by the court *sua sponte.*

For the reasons set forth above, the judgment of the district court is hereby AFFIRMED.